June 1, 1979.

417 A.2d 756

Commonwealth v. Brown, Appellant.

Submitted September 15, 1978. John W. Packel, Assistant Public Defender, Chief, Appeals Division, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.